■ CHRISTOPHER ESPOSITO, Respondent, v ALCAMO SUPPLY & CONTRACTING CORP., Appellant. [687 NYS2d 302] —In an action to recover damages for breach of contract, the defendant appeals from an order of the Supreme Court, Suffolk County (Henry, J.), dated May 5, 1998, which denied its motion to dismiss the amended complaint pursuant to, inter alia, CPLR 3211 (a) (5) and (7).

Ordered that the order is affirmed, with costs.

The Supreme Court correctly denied the defendant's motion to dismiss the amended complaint. The plaintiff's amended complaint states a cause of action for breach of contract (see, Merritt v Hooshang Constr., 216 AD2d 542). Further, this cause of action, which accrued in 1993, is not time-barred (see, CPLR 213 [2]). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.

■ ANNE FALLON et al., Appellants, v HAVA LANDWIRT et al., Defendants and Third-Party Plaintiffs-Respondents. PHILIP J. FALLON, Third-Party Defendant-Respondent. [687 NYS2d 298] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Rockland County (Weiner, J.), dated May 19, 1998, which granted the separate motions of the defendants third-party plaintiffs and the third-party defendant for summary judgment dismissing the complaint on the ground that the plaintiff Anne Fallon did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

The medical evidence submitted by the defendants in support of their motions for summary judgment made out a prima facie case that the plaintiff Anne Fallon did not sustain a serious injury within the meaning of Insurance Law § 5102 (d). The only competent medical evidence which the plaintiffs submitted in opposition to the motion, the affidavit sworn to on February 26, 1998, by Dr. Michael I. Weintraub, failed to causally relate the injuries to the accident (see, Verrelli v Tronolone, 230 AD2d 789). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.